**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TAMOND THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-1594-HE |
| | ) | |
| UNITED STATES MARSHALS SERVICE, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On October 23, 2026, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation [Doc. #24], recommending this action, alleging civil rights violations, be dismissed without prejudice. The recommendation is based upon plaintiff's failure to comply with the court's September 23, 2026 order as well as the Federal Rules of Civil Procedure. The magistrate judge advised plaintiff, proceeding *pro se*, of his right to file an objection to the Report and Recommendation by November 13, 2026 and the consequences for his failure to make a timely objection.

To date, plaintiff has not filed an objection to the Report and Recommendation. Although the docket reveals the Report and Recommendation was returned to the court undeliverable [Doc. #25], papers sent by the court are deemed delivered if sent to the last known address given to the court. *See* LCvR5.4. The Report and Recommendation was sent to plaintiff's last known address. Therefore, the right to appellate review of the Report

and Recommendation is waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #24] is **ADOPTED**. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 16th day of November, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE